UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

LANESBOROUGH 2000, LLC,

                                     23-cv-7584 (PKC)

                Petitioner,                         <u>ORDER</u>

       -against-

NEXTRES, LLC,

                Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

CASTEL, United States District Judge:

        For the avoidance of doubt, the Court's permanent injunction, issued on March 12, 2025 (ECF 81), became effective upon issuance at 4:07 P.M.

        SO ORDERED.

                                                    P. Kevin Castel
                                            United States District Judge

Date:  March 14, 2025
         New York, New York