UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
LANESBOROUGH 2000, LLC,                         :
                                                               :         1:23-cv-07584-PKC
                               Petitioner,  :

   -against-                                  :

NEXTRES, LLC,                                   :

                               Respondent.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## FINAL JUDGMENT

      It is hereby **ORDERED, ADJUDGED, AND DECREED**: That for the reasons stated in the Court's Opinion and Order dated August 15, 2024 (ECF 66) and the Court's Opinion and Order dated March 12, 2025 (ECF 81), Petitioner Lanesborough 2000, LLC's ("Lanesborough") petition to confirm the arbitrator's Interim Award and Final Award (the "Awards") is GRANTED IN PART and DENIED IN PART and Respondent NEXTRES, LLC's ("Nextres") cross-petition to vacate the Awards is GRANTED IN PART and DENIED IN PART. The relief stated in this Final Judgment is in addition to the relief stated in this Court's Order Granting Permanent Injunctive and Equitable Relief (ECF 81 at 12-13), which became effective upon issuance on March 12, 2025, at 4:07 P.M. (ECF 82), and is hereby incorporated by reference into this Final Judgment.

      Judgment is entered in favor of Lanesborough in the amount of $916,116.15, which includes: (1) the award of consequential damages ($535,986.65) plus pre-judgment interest at a rate of nine percent per annum, calculated from October 25, 2023, through the date of entry of judgment

($68,725.73); and (2) the award of attorneys' fees ($312,859.20). Post-judgment interest runs as a matter of law.

This Court retains jurisdiction for the purpose of issuing further orders necessary or proper for the construction, implementation, or modification of this Final Judgment, the enforcement thereof, and the punishment of any violations thereof. This Court also retains jurisdiction to provide other or further relief, including the award of attorneys' fees and costs.

DATED: March 28, 2025
New York, New York

_____
P. Kevin Castel
United States District Judge