UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

LANESBOROUGH 2000, LLC,                  :

                    Petitioner,    :          1:23-cv-07584-PKC

                                  :

    -against-                            :

NEXTRES, LLC,                            :

                    Respondent.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

[PROPOSED]
**AMENDED FINAL JUDGMENT**

It is hereby **ORDERED, ADJUDGED, AND DECREED**: That for the reasons stated in the Court's Opinion and Order dated August 15, 2024 (ECF 66) and the Court's Opinion and Order dated March 12, 2025 (ECF 81), Petitioner Lanesborough 2000, LLC's ("Lanesborough") petition to confirm the arbitrator's Interim Award and Final Award (the "Awards") is GRANTED IN PART and DENIED IN PART and Respondent NEXTRES, LLC's ("Nextres") cross-petition to vacate the Awards is GRANTED IN PART and DENIED IN PART. The relief stated in this Amended Final Judgment is in addition to the relief stated in this Court's Order Granting Permanent Injunctive and Equitable Relief (ECF 81 at 12-13), which became effective upon issuance on March 12, 2025, at 4:07 P.M. (ECF 82), and is hereby incorporated by reference into this Final Judgment, ordering, *inter alia*, Nextres, its officers, agents, servants, and attorneys, and all other persons in active concert or participation with any of them, to release $1,039,732.76 to Lanesborough in loan proceeds subject to the repayment obligation under the Loan Agreement as modified by the Order. (ECF 81 at 12-13).

Judgment is entered in favor of Lanesborough against Nextres:

(a) in the amount of $916,116.15, which includes: (1) the award of consequential damages ($535,986.65) plus pre-judgment interest at a rate of nine percent per annum, calculated from October 25, 2023, through the date of entry of judgment ($67,270.00); and (2) the award of attorneys' fees ($312,859.20).[1] Post-judgment interest runs as a matter of law.

(b) ordering Nextres, *inter alia*, its officers, agents, servants, and attorneys, and all other persons in active concert or participation with any of them, to release $1,039,732.76 to Lanesborough in loan proceeds subject to the repayment obligation under the Loan Agreement as modified by the Order.

Additionally, the automatic 30-day stay on enforcement of money judgments pursuant to Rule 62(a), Fed. R. Civ. P is dissolved.

This Court retains jurisdiction for the purpose of issuing further orders necessary or proper for the construction, implementation, or modification of this Final Judgment, the enforcement thereof, and the punishment of any violations thereof. This Court also retains jurisdiction to provide other or further relief, including the award of attorneys' fees and costs.

DATED:     April 10, 2025
           New York, New York

                                      BY:    _____
                                             P. Kevin Castel
                                             United States District Judge

---

[1] The calculations are based on a date of entry of judgment of March 17, 2025.