UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
LANESBOROUGH 2000, LLC,

          *Petitioner/Cross-Respondent*,

    -against-

NEXTRES, LLC,

          *Respondent/Cross-Petitioner.*

------------------------------------------------X

1:23-cv-07584-PKC

### PETITIONER'S NOTICE OF OBJECTION TO AND MOTION TO QUASH EXEMPTION CLAIM FORM OF DEFENDANT NEXTRES, LLC

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the declaration of John R. Keough, dated May 8, 2025, and all the prior pleadings and proceedings herein, Petitioner Lanesborough 2000, LLC, by and through undersigned counsel, will move this Honorable Court, at 500 Pearl Street, Courtroom 11D, New York, New York, 10007, on a date and time to be determined by the Court, for an order to quash the claim of exemption alleged by Defendant Nextres, as set forth in the accompanying Memorandum of Law, and for such other, further and different relief as the Court deems just in the premises.

Dated: New York, New York
       May 8, 2025

Respectfully submitted,

/s/ John R. Keough
John R. Keough
**CLYDE & CO US LLP**
The Chrysler Building
405 Lexington Avenue, 16th Floor
New York, New York 10174
Tel.: (212) 710-3900

Daniel R. Lever (Pro Hac Vice Granted, ECF 14)
**CLYDE & CO US LLP**
1221 Brickell Avenue, Suite 1600

*[Handwritten annotations by Court:]*

1. The writ of execution and restraining notice remain in full force and effect pending further order of the Court.

2. Nextres shall respond to the motion within the time provided on Rule 6.1(b) of the Local Civil Rules.

3. Letter Motion at ECF 119 should be terminated.

SO ORDERED.
/s/ P. Kevin Castel, USDJ
5-13-2025

Miami, Florida 33131
Tel.: (305) 446-2646

*Attorneys for Petitioner Lanesborough 2000, LLC*

Case 1:23-cv-07584-PKC    Document 116    Filed 05/08/25    Page 2 of 2