UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

LANESBOROUGH 2000, LLC,

                                                          23-cv-7584 (PKC)

        Petitioner,                                         ORDER

    -against-

NEXTRES, LLC,

        Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

CASTEL, United States District Judge:

        Respondent Nextres, LLC, has moved for a stay of enforcement of this Court's Judgment pending appellate review. Nextres has posted security in the amount of $991,206.28 (ECF 133 ¶ 4, ECF 131-3) and escrow in the amount of $1,039,732.76 (ECF 133 ¶ 8, ECF 131-5). On June 25, 2025, Nextres posted an additional $26,000.00 in escrow. (ECF 137 ¶ 8, ECF 137-2.)

        On that basis, the Court grants a stay of enforcement of the judgment conditioned upon the parties proceeding expeditiously before the Second Circuit.

        SO ORDERED.

                                                            P. Kevin Castel
                                                    United States District Judge

Dated: June 26, 2025
       New York, New York