UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

LANESBOROUGH 2000, LLC,

                                                                                                                      23-cv-7584 (PKC)

        Petitioner,                                                               <u>ORDER</u>

    -against-

NEXTRES, LLC,

        Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

CASTEL, United States District Judge:

        In view of the expeditious pursuit of an appeal, the Court will administratively terminate the motions at ECF 97, Lanesborough's Motion for Attorneys' Fees, and ECF 109, Lanesborough's Motion to Enforce Judgment and Hold Nextres in Contempt; these motions may be reinstated by Lanesborough by filing a Letter Motion requesting reinstatement the motions within 21 days of the completion of all appellate proceedings.

        The motion for a conference regarding settlement, ECF 124, is denied in view of the Court's order of referral to mediation, ECF 125.

        Nextres motion for a stay of enforcement of the judgment, ECF 131, should be terminated in view of the Court's grant of such relief in ECF 138.

        SO ORDERED.

                                                                                                   P. Kevin Castel
                                                                                            United States District Judge

Dated: June 26, 2025
       New York, New York