UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------

LANESBOROUGH 2000, LLC,             :

                        Petitioner,   :

        -against-                     :

NEXTRES, LLC,                         :

                        Respondent.   :

--------------------------------------------------------------

Case No.: 1:23-cv-07584-PKC

**ORDER**

THE HONORABLE P. KEVIN CASTEL, United States District Judge:

Petitioner Lanesborough 2000, LLC's motion to enforce against the Undertaking on

Appeal, Bond No. 1001233885, dated June 10, 2025 and issued by U.S. Specialty Insurance

Company in the amount of $991,206.28 (ECF Doc. 131-3) is GRANTED.  It is hereby

**ORDERED AND ADJUDGED** that within 14 days of the date of this Order, U.S.

Specialty Insurance Company is directed to make payment to  Lanesborough 2000, LLC

in the principal amount of $ 916,116.15 , together with interest in the amount of

$ 45,578.91 , plus daily interest in the amount of $ 102.66 calculated

from the date of entry of this Order to the date payment is received; and it is further

**ORDERED AND ADJUDGED** that after payment of the above amount and the e-filing

of a declaration of U.S. Specialty Insurance Company's counsel that the payment was made, U.S.

Specialty Insurance Company's Undertaking on Appeal, Bond No. 1001233885, dated June 10,

2025 is exonerated, discharged, and canceled and U.S. Specialty Insurance Company is released

from any and all obligations as Surety herein and U.S. Specialty Insurance Company shall be

forever exonerated and discharged as surety and released from any and all actions, claims and

demands of any kind or nature in connection with the above referenced action or bond; and it is further

**ORDERED AND ADJUDGED** that within five days of the e-filing of a declaration of U.S. Specialty Insurance Company's counsel stating that payment was made, the Clerk of the Court is ordered and directed to and shall make appropriate notation on the Undertaking on Appeal, Bond No. 1001233885, dated June 10, 2025 or the docket that the Undertaking on Appeal, Bond No. 1001233885, dated June 10, 2025 issued by U.S. Specialty Insurance Company is canceled, discharged, and exonerated and that U.S. Specialty Insurance Company as surety for the Undertaking on Appeal, Bond No. 1001233885, dated June 10, 2025 is discharged, exonerated, and released; and it is further

**ORDERED** that any stay of execution pursuant to F.R.C.P. Rule 62(a) is vacated.

P. Kevin Castel
United States District Judge

Dated: _June 13, 2026_
New York, New York