UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------X

LANESBOROUGH 2000, LLC,       :

             Petitioner,     :

   -against-           :

NEXTRES, LLC,          :

             Respondent.   :

-----------------------------------X

1:23-cv-07584-PKC

*Motion Denied as moot. SO ORDERED.*

*[signature] P. Kevin Castel, USDJ*

*6-17-26*

## PETITIONER LANESBOROUGH 2000, LLC'S
## NOTICE OF MOTION FOR EMERGENCY INJUNCTIVE RELIEF

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and declaration of Daniel R. Lever, dated May 7, 2026, and pursuant to this Court's Order by Memorandum Endorsement (ECF 184), Petitioner Lanesborough 2000, LLC, by and through undersigned counsel, will move this Court at 500 Pearl Street, New York, New York, on a date and time to be determined by the Court, for emergency relief enjoining enforcement of Orders to Show Cause issued by The New York Supreme Court for the County of Oneida and Steuben, respectively, which would deprive this Court of jurisdiction and would lead to the relitigation of issues in those state courts already determined before this Court.

Dated: May 7, 2026
Charlestown, Massachusetts

Respectfully submitted,

*/s/ Daniel R. Lever*

Daniel R. Lever (Pro Hac Vice Granted, ECF 14)
**CLYDE & CO US LLP**
265 Franklin Street, Suite 802
Boston, Massachusetts 02110
Tel.: (617) 728-0050

Christopher Carlsen
**CLYDE & CO US LLP**
2 Grand Central Tower